UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                  Plaintiff,

        vs.

VICTOR DANIEL GUZMAN
TORRES,

                Defendant.

Case No.: 09-CR-00153-LRS

Order of Dismissal Without
Prejudice

Leave of Court is granted for filing of the foregoing dismissal without

prejudice.  The Court makes no judgment as to the merit or wisdom of this

dismissal.

Dated:  this 13th day of November, 2017.

*s/Lonny R. Suko*

_____

LONNY R. SUKO
Senior United States District Judge

Order of Dismissal Without Prejudice